577 F.2d 1133
 Rodi
v.
Flota Mercante, Motor Vessel Ciudad de Quito*
**
 No. 77-2514
 United States Court of Appeals, Fifth Circuit
 7/27/78
 
 1
 E.D.La.
 
 
 2
 AFFIRMED***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966
 
 
 ***
 Opinion contains citation(s) or special notations